# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| DEREK WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX CONSUMER SERVICES LLC and<br>HSBC CARD SERVICES, INC.,<br><br>    Defendants. | Civil Action No. TDC-16-0340 |

## ORDER

On April 28, 2016, Plaintiff Derek Wilson filed a Stipulation of Dismissal as to Defendant HSBC Card Services, Inc.  ECF No. 21.  The Court having reviewed the Stipulation, it is hereby ORDERED that HSBC Card Services, Inc. is dismissed from this action.

Date:  April 29, 2016

                    /s/
THEODORE D. CHUANG
United States District Judge