LAW OFFICES
# Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.

27TH FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282

NATHAN D. ADLER
(410) 332-8516

www.nqgrg.com
(410) 332-8550

Fax No.
(410) 332-8517
NDA@NQGRG.COM

June 1, 2016

The Honorable Theodore D. Chuang
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

        Re:    *Wilson v. Equifax Consumer Services LLC et al.*
                *Civil Action No: TDC-16-cv-00340*

Dear Judge Chuang:

      The purpose of this letter is to advise the Court that the Plaintiff and Equifax have settled, in principle, the above-referenced case. The parties are currently in the process of memorializing their settlement in writing and expect to file a Stipulation of Dismissal with Prejudice with respect to Equifax regarding the above-referenced case within 30 days.

      The parties are available at Your Honor's convenience if the Court has any questions or concerns regarding this matter.

                                      Respectfully yours,

                                      Nathan D. Adler

NDA/tem

cc:    Derek Wilson (via first-class mail and email)
       N. Charles Campbell, II, KING & SPALDING LLP, National Counsel for Equifax