UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| DEREK WILSON,<br><br>     Plaintiff,<br><br>     v.<br><br>EQUIFAX CONSUMER SERVICES LLC,<br><br>     Defendant. | Civil Action No. TDC-16-0340 |

ORDER

On August 12, 2016, Plaintiff Derek Wilson and Defendant Equifax Information Services LLC filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41.  ECF No. 30.  The Court having reviewed the Stipulation, it is hereby ORDERED that this action is dismissed with prejudice.

The Clerk is directed to close this case.


Date:  August 12, 2016                                          /s/
                                                     THEODORE D. CHUANG
                                                     United States District Judge